IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA,                                              PLAINTIFF

vs.                                              DOCKET NO.3:98-MC-6

Dennis, III Holloway                                                   DEFENDANT

Choice for Children                                                    GARNISHEE

**ORDER QUASHING GARNISHMENT**

On motion ore tenus of the United States Attorney to quash the writ of garnishment issued in this action on the grounds that the defendant is no longer employed with this company;

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the writ of garnishment issued in this action on September 11, 2002, be and it is hereby quashed, and the garnishee, Choice for Children, is hereby dismissed.

ORDERED AND ADJUDGED this 24th day of Jan., 2006.

_____
UNITED STATES MAGISTRATE JUDGE